THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 

v.

 
 
 
 Sierra R.,
 Ronald R., Defendants,
 Of whom Ronald
 R. is the, Appellant.
 In the interest of three minors under the age of 18.
 
 
 

Appeal from Aiken County
 The Honorable Vicki J. Snelgrove, Family
Court Judge

Unpublished Opinion No. 2012-UP-050
 Submitted January 2, 2012  Filed January
25, 2012    

AFFIRMED

 
 
 
 Dorothy H. Hogg, of Augusta, for Appellant.
 Dennis M. Gmerek, of Aiken, for
 Respondent.
 Patrick A. McWilliams, of Aiken, for
 Guardian ad Litem.
 
 
 

PER CURIAM: Ronald R. appeals the family court's final order terminating his parental rights
 to his minor children.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a thorough review of the
 record and the family court's findings of fact and conclusions of law, pursuant
 to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no
 meritorious issues warrant briefing.  Accordingly, we affirm the family court's
 ruling.
AFFIRMED.[1]
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.